**Affirmed and Memorandum Opinion filed June 1, 2023.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00455-CR

———————

### ANDREW ALLEN HINOJOSA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 90849-CR**

---

## MEMORANDUM OPINION

Appellant Andrew Allen Hinojosa appeals his conviction for murder. *See* Tex. Pen. Code Ann. § 19.02(b). Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). At appellant's request, the record was provided to him. However, as of this date, appellant has not filed a response.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not required to consider or address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

The judgment of the trial court is affirmed.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).

2